ACCEPTED
03-14-00734-CR
6715966
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/31/2015 9:23:08 AM
JEFFREY D. KYLE
CLERK

NO. 03-14-00734-CR

| | | |
|---|---|---|
| BRUCE WAYNE HARKEY,<br>Appellant | § | IN THE COURT OF APPEALS |
| VS. | § | THIRTEENTH DISTRICT |
| THE STATE OF TEXAS,<br>Appellee | § | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/31/2015 9:23:08 AM
JEFFREY D. KYLE
Clerk

## SECOND MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEE'S BRIEF

This motion is presented by the State of Texas, by and through the undersigned Assistant District Attorney, and in support would show:

I.

The brief for the State of Texas, Appellee, is due on August 31, 2015.

II.

The undersigned is solely responsible for all appellate and post-conviction matters in felony cases on behalf of the State of Texas for the 33rd and the 424th Judicial Districts which covers Burnet County, Llano County, Blanco County, and San Saba County, although Assistant District Attorney Robert Ewing has volunteered to handle the appeals of the cases in which he was the trial attorney. The undersigned is also solely responsible for all asset seizure and forfeiture matters

within these four counties, including investigating and preparing Notice of Seizure and Affidavit, preparing and responding to discovery, summary judgment procedures, and trial proceedings. Additionally the undersigned is responsible for providing assistance and backup to the trial attorneys during trial preparation, including video and audio conversion and redaction, and during non-trial settings before the bench when needed. The undersigned assists the office staff on a daily basis when unusual problems arise and meet with the general public on a drop-in basis. The undersigned is further solely responsible for responding to Public Information Act Requests, which has taken a significant amount of time during the last two months as well as preparing the required paperwork triggered by demands for trials made under the Interstate Agreement on Detainers Act (IADA) and therein coordinate with the involved prison authorities and law enforcement and court personnel. The undersigned also routinely assists law enforcement agencies with various legal issues.

## III.

In this case Appellant raises four issues which are somewhat complex and require not only substantial research but also meticulous attention to corroborating details within a lengthy record. While the undersigned has made significant

headway in preparing the State's Brief, it will take additional time to complete.

Considering all of the existing deadlines, the undersigned will need an additional 45 days to prepare and file the Appellee's Brief in this case. This is the second motion for extension of time that the State of Texas has sought in this case.

## PRAYER

The State of Texas, in consideration of the facts and circumstances set forth herein above, prays the Court grant this motion and extend the due date for the Appellee's Brief to October 16, 2015.

Respectfully submitted,

OFFICE OF DISTRICT ATTORNEY
33RD and 424th JUDICIAL DISTRICTS
Wiley B. McAfee, District Attorney
P. O. Box 725
Llano, Texas 78643
Telephone     Telecopier
(325) 247-5755    (325) 247-5274
g.bunyard@co.llano.tx.us

By: _____
    Gary W. Bunyard
    Assistant District Attorney
    State Bar No. 03353500
    ATTORNEY FOR APPELLEE

# CERTIFICATE OF WORD COUNT

This is to certify that the pertinent portion of the foregoing document contains 394 words according to the WordPerfect X7© word count tool.

Gary W. Bunyard
Assistant District Attorney

# CERTIFICATE OF SERVICE

This is to certify that a true copy of the above and foregoing instrument, together with this proof of service hereof, has been forwarded on the 31st day of August 2015, to Mr. Richard D. Davis, Attorney for Appellant, by email at rdd@austin.twcbc.com and by EServe.

Gary W. Bunyard
Assistant District Attorney